**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Christopher Leon MOORE, Defendant—Appellant.**

No. 09–6517.

United States Court of Appeals, Fourth Circuit.

Submitted: June 12, 2009.

Decided: July 7, 2009.

Christopher Leon Moore, Appellant Pro Se. R.A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Leon Moore appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Moore*, No. 7:01–cr–00083–BR–1 (E.D.N.C. Mar. 12, 2009). The motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*